UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 16  P 4: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BARRY FAMILY LP, On Behalf Of Itself and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL LANDINE, JAMES M. FRATES and JAMES L. WRIGHT, <br> Defendants. | CIVIL ACTION NO. 03-12243 RCL |

## JOINT MOTION AND [PROPOSED] ORDER
## TO EXTEND TIME TO RESPOND TO THE COMPLAINT

The parties hereto, by and through their counsel, hereby agree to extend the time within which defendants Alkermes, Inc., Richard F. Pops, Robert A. Breyer, David A. Broecker, Michael Landine, James M. Frates and James L. Wright (collectively the "Defendants") must answer, move or otherwise respond to the complaint in this action. Plaintiffs have represented that they will file an amended complaint in this action. Thus, the parties respectfully request that the following briefing schedule be ordered in this case:

- The consolidated amended complaint shall be due sixty (60) days after the Court's selection of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (the "Reform Act").

- Defendants shall have sixty (60) days following the filing of the consolidated amended complaint to answer or otherwise respond to the complaint.

1

- If the Defendants move to dismiss the complaint or any amended complaint, plaintiffs shall have sixty (60) days from the receipt of Defendants' motion to file their opposition thereto.

- Following the receipt of plaintiffs' opposition, Defendants shall have forty-five (45) days to file a reply brief in support of their motion to dismiss.

Dated: December 16, 2003

| | |
|---|---|
| BARRY FAMILY LP<br>On Behalf of Itself and All<br>Others Similarly Situated | ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL LANDINE, JAMES M. FRATES and JAMES L. WRIGHT |
| By its attorneys,<br><br>*David Pastor*<br>David Pastor (BBO #391000)<br>GILMAN AND PASTOR, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906<br>(781) 231-7850<br><br>Lionel Z. Glancy<br>Michael Goldberg<br>GLANCY & BINKOW LLP<br>1801 Avenue of the Stars<br>Suite 311<br>Los Angeles, CA 90067<br>(310) 201-9150 | By their attorneys,<br><br>*Alexis Shapiro*<br>Brian E. Pastuszenski (BBO# 390130)<br>Steven D. Whetstone (BBO#562196)<br>Alexis L. Shapiro (BBO# 633562)<br>TESTA, HURWITZ & THIBEAULT, LLP<br>125 High Street<br>High Street Tower<br>Boston, MA 02110<br>(617) 248-7000 |

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____

2

## CERTIFICATE OF SERVICE

    I, Alexis L. Shapiro, do hereby certify that on the sixteenth day of December, 2003, I caused a true copy of the Joint Motion And [Proposed] Order To Extend Time to Respond To The Complaint to be served on counsel for Plaintiff Barry Family LP, David Pastor of Gilman and Pastor, LLP, Stonehill Corporate Center, 999 Broadway, Suite 500, Saugas, MA 01906 and Lionel Z. Glancy of Glancy & Binkow LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, CA 90067, by First-class mail.

Dated: December 16th, 2003

*/s/ Alexis L. Shapiro*
Alexis L. Shapiro
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

325/3.2726518