UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JAN 12  P 5: 37

| | |
|---|---|
| PAUL BENNETT, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT,<br><br>　　　　　　Defendants. | Civil Action No. 1:03-CV-12091 (RCL) |
| VINCENT RAGOSTA, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT,<br><br>　　　　　　Defendants. | Civil Action No. 1:03-CV-12184 (RCL) |

[Captions continued on next page]

**Local Rule 7.3 CORPORATE
DISCLOSURE STATEMENT OF ALKERMES, INC.**

| | |
|---|---|
| BARRY FAMILY LP, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT,<br><br>                Defendants. | Civil Action No. 1:03-CV-12243 (RCL) |
| JULIUS WALTZER and PHYLLIS WALTZER, , on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT,<br><br>                Defendants. | Civil Action No. 1:03-CV-12277 (RCL) |

[Captions continued on next page]

| | |
|---|---|
| DEBRA S. FOLKERTS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT,<br><br>Defendants. | Civil Action No. 1:03-CV-12386 (RCL) |
| JAMES P. SLAVAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT,<br><br>Defendants. | Civil Action No. 1:03-CV-12471 (RCL) |

## Local Rule 7.3 CORPORATE DISCLOSURE STATEMENT OF ALKERMES, INC.

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Alkermes, Inc. ("Alkermes") submits the following corporate disclosure statement:

Alkermes hereby states that it does not have a parent corporation. The following publicly held corporations own ten percent or more of Alkermes' stock: T. Rowe Price Group Inc. and Citigroup, Inc (through its Smith Barney Asset Management Division).

Date: January 12, 2004

Respectfully submitted,
Alkermes, Inc.

By: *Alexis L. Shapiro*
Brian E. Pastuszenski (BBO#391030)
Stephen D. Whetstone (BBO#562196)
Alexis L. Shapiro (BBO#633562)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA 02110
(617) 248-7000

1

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served via first class mail a true and correct copy of the within and foregoing Local Rule 7.3 Corporate Disclosure Statement upon all counsel listed on the attached service list.

_____
Andrea Boivin

## ALKERMES, INC. SERVICE LIST

Counsel for Plaintiffs:

Nancy Gans, Esq.
Moulton & Gans, PC
33 Broad Street, Suite 1100
Boston, MA 02109

Richard Lockridge, Esq.
Lockridge Grindal, et al.
100 Washington Avenue South
Minneapolis, MN 55401

Theodore Hess-Mahan, Esq.
Shapiro Haber & Urmy, LLP
75 State Street
Boston, MA 02109

William Lerach, Esq.
Milberg Weiss, et al.
401 B Street, Suite 1700
San Diego, CA 92101

Patrick J. Couglin, Esq.
Milberg Weiss, et al.
100 Pine Street, Suite 2600
San Francisco, CA 94111

Charles J. Piven, Esq. (Of Counsel)
Law Offices of Charles J. Piven
The World Trade Center
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

Michael E. Criden
Hanzman & Criden, P.A.
Commercebank Building
220 Alhambra Circle, Suite 400
Coral Gables, FL 33134

Samuel Rudman, Esq.
Cauley Geller, et al.
200 Broadhollow Road, Suite 400
Melville, NY 11747

Lionel Glancy, Esq.
Glancy & Binkow, LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Darren Check, Esq.
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Robert Harwood, Esq.
Jeffrey Norton, Esq.
Wechsler Harwood, LLP
488 Madison Avenue
New York, NY 10022

David Pastor, Esq.
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugas, MA 01906

Lawrence P. Kolker, Esq.
Christopher S. Hinton, Esq.
Wolf Haldenstein Adler Freeman & He z, LLP
270 Madison Avenue
New York, NY 1016

Mel E. Lifshitz
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016

3004519

3