UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL BENNETT, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALKERMES, INC., RICHARD F. POPS, )<br>ROBERT A. BREYER, DAVID A. )<br>BROECKER, MICHAEL J. LANDINE, )<br>JAMES M. FRATES, and JAMES L. )<br>WRIGHT, )<br>)<br>Defendants. ) | Civil Action No. 1:03-CV-12091 (RCL) |
| VINCENT RAGOSTA, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALKERMES, INC., RICHARD F. POPS, )<br>ROBERT A. BREYER, DAVID A. )<br>BROECKER, MICHAEL J. LANDINE, )<br>JAMES M. FRATES, and JAMES L. )<br>WRIGHT, )<br>)<br>Defendants. ) | Civil Action No. 1:03-CV-12184 (RCL) |

[Captions continued on next page]

**NOTICE OF WITHDRAWAL OF PROPOSED LEAD PLAINTIFF DANSKE CAPITAL**

| | |
|---|---|
| BARRY FAMILY LP, on behalf of itself and all others similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ALKERMES, INC., RICHARD F. POPS, )<br>ROBERT A. BREYER, DAVID A. )<br>BROECKER, MICHAEL J. LANDINE, )<br>JAMES M. FRATES, and JAMES L. )<br>WRIGHT,  )<br>)<br>Defendants.  ) | Civil Action No. 1:03-CV-12243 (RCL) |
| JULIUS WALTZER and PHYLLIS )<br>WALTZER, on behalf of themselves and )<br>all others similarly situated,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>ALKERMES, INC., RICHARD F. POPS, )<br>ROBERT A. BREYER, DAVID A. )<br>BROECKER, MICHAEL J. LANDINE, )<br>JAMES M. FRATES, and JAMES L. )<br>WRIGHT,  )<br>)<br>Defendants.  ) | Civil Action No. 1:03-CV-12277 (RCL) |

[Captions continued on next page]

| | |  |
|---|---|---|
| DEBRA S. FOLKERTS, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.  1:03-CV-12386 (RCL) |
| ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| JAMES P. SLAVAS, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.  1:03-CV-12471 (RCL) |
| ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE, Danske Capital hereby withdraws it Motion for appointment as Lead Plaintiff in the above-captioned action. Danske Capital remains as an absent class

member in this action. Danske Capital's withdrawal does not prejudice the rights of the remaining Lead Plaintiff movants.

Respectfully submitted,

GILMAN AND PASTOR, LLP

*/s/ David Pastor*

David Pastor (BBO # 391000)
Peter A. Lagorio (BBO # 567379)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone:     (781) 231-7850
Facsimile:     (781) 231-7840

**Proposed Liaison Counsel**

**SCHIFFRIN & BARROWAY, LLP**
Andrew L. Barroway
Stuart L. Berman
Darren J. Check
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
Telephone:     (610) 667-7706
Facsimile:     (610) 667-7056

**Proposed Lead Counsel**

**CERTIFICATE OF SERVICE**

I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail/Hand On 1/23/04

*/s/ David Pastor*

00001519.WPD ; 1