**DECLARATION OF DANSKE CAPITAL AND DANSKE BANK IN SUPPORT OF THE WITHDRAWAL OF DANSKE CAPITAL FOR APPOINTMENT AS LEAD PLAINTIFF**

Niels-Ulrik Mousten and Niels Willemann, respectively Senior Executive Vice President and Head of Danske Capital and Senior Vice President and Deputy General Counsel of Danske Bank, declare as follows:

1. Beginning on approximately December 12, 2003, Darren J. Check, Esq. of the law firm of Schiffrin and Barroway, LLP ("Schiffrin & Barroway") began corresponding by telephone and e-mail with Hans-Henrik Garder of Danske Capital regarding the Alkermes, Inc. class action case pending in the United States District Court in Massachusetts.

2. Mr. Garder is a Senior Portfolio Manager at Danske Capital and a member of the Equity Investment Committee of Danske Capital who at all times had authority to speak on behalf of Danske Capital regarding the Alkermes, Inc. litigation.

3. On December 16, 2003, after discussing Danske Capital's participation in the litigation with its Corporate Actions department, Mr. Garder informed Mr. Check that he should proceed with his efforts to have Danske Capital appointed lead plaintiff because of the very significant financial losses it suffered.

4. Mr. Garder remained in contact with Mr. Check as the case progressed and signed a supplemental declaration on January 8, 2004 in further support of Danske Capital's motion for lead plaintiff.

5. On January 14, 2004, Mr. Check spoke by telephone with Mr. Garder and Mr. Niels-Ulrik Mousten to discuss issues raised by opposing lead plaintiff candidates regarding Danske Capital's involvement in the case. Specifically, Mr. Check informed Mr. Garder and Mr. Mousten that the opposing parties were questioning Mr. Garder's authority to consent to Danske Capital's participation. While Mr. Mousten stated that Mr. Garder did have the proper authority, he nevertheless agreed to submit a supplemental declaration attesting to this fact conditional upon the approval of counsel of Danske Bank. Mr. Mousten further stated that such a document would need to be reviewed by counsel from Danske Capital and Danske Bank.

6. On January 20, 2004 Mr. Niels Willemann of Danske Bank spoke with Mr. Check by telephone and informed him that the Alkermes, Inc. litigation and Danske Capital's previous commitment to serve as lead plaintiff had been discussed with the General Counsel of Danske Bank. Thereafter senior management of Danske Bank determined that Danske Capital should not continue to seek the lead plaintiff position in this case.

7. While Mr. Garder's representations regarding his authority in his January 8, 2004 Declaration to consent to Danske Capital's serving as lead plaintiff were accurate, upon further review more senior management at Danske Bank had concluded that serving as lead plaintiff would not be in the best interests of Danske Capital and that Danske Capital should withdraw its application to serve as lead plaintiff.

We declare that the foregoing is true and correct:

Danske Capital

By: _____

Niels-Ulrik Mousten
Senior Executive Vice President

Dated: 22 JAN. 2004

Danske Bank

By: _____

Niels Willemann
Senior Vice President and
Deputy General Counsel

Dated: 22 JAN 2004